W.D.N.Y.
23-cv-447
Sinatra, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of September, two thousand twenty-four.

Present:
>   Gerard E. Lynch,
>   Beth Robinson,
>   Sarah A. L. Merriam,
>      *Circuit Judges*.

Osvaldo Hodge,

>   *Petitioner-Appellant*,

v.                                                                 23-7988

Thomas Brophy, in his official capacity as Acting Field Office Director, Buffalo Field Office, U.S. Immigration and Customs Enforcement, et al.,

>   *Respondents-Appellees*.

Appellees move, with the consent of the Appellant, for vacatur of the district court's judgment, and for remand to allow that court to reconsider the action in light of *Black v. Decker*, 103 F.4th 133 (2d Cir. 2024). Upon due consideration, it is hereby ORDERED that the motion is GRANTED, the district court's judgment is VACATED, and the matter is REMANDED to the district court. *See* 28 U.S.C. § 2106; *Lawrence v. Chater*, 516 U.S. 163, 166–68 (1996) (per curiam).

>                       FOR THE COURT:
>                       Catherine O'Hagan Wolfe, Clerk of Court

